UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIAN JACKSON, ET AL.,

    Defendants.
                               /

Case No. 19-10750

Honorable Nancy G. Edmunds

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE DUE TO DEFENDANT DAMIAN JACKSON'S BANKRUPTCY FILING

On March 17, 2020, Plaintiff filed a Suggestion of Bankruptcy notice with the Court, indicating that Defendant Damian Jackson had commenced voluntary proceedings under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court in the Eastern District of Michigan, case no. 20-43978. Pursuant to 11 U.S.C. § 362, Defendant Jackson's bankruptcy filing operates as an automatic stay applicable to actions brought against Defendant Jackson, including the present matter. *See* 11 U.S.C. § 362(a)(1), (3). This action seeks to obtain a judgment against Defendant Damian Jackson for federal income tax liability and penalties, and to enforce federal tax liens and judgment of restitution against real property in which Defendant Jackson claims an interest. The Court also notes that Plaintiff filed a Suggestion of Bankruptcy for Defendant Holly Jackson on June 20, 2019. Defendant Holly Jackson also filed for Chapter 7 relief in the United States Bankruptcy Court for the Eastern District of Michigan (case no. 19-48831), which similarly stays proceedings as to Defendant Holly Jackson. (Dkt. no. 19.) Plaintiff seeks similar relief

against Holly Jackson as against Damian Jackson.[1]  To date, there are no orders in the bankruptcy cases granting relief from the automatic stays.

Accordingly, it is ORDERED that this matter is STAYED.

It is further ORDERED that this case is CLOSED for administrative purposes without prejudice because the two main Defendants are involved in bankruptcy cases in which a stay of proceedings is in effect. This closing does not constitute a decision on the merits.

It is further ORDERED that if the bankruptcy proceedings are terminated or the automatic stay is lifted with reference to the instant matter by the bankruptcy court, then this case may be reopened upon the motion of any party.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  April 8, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 8, 2020, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager

---

[1] The remaining defendants in this case are Streamline Property Solutions, LLC, Sabo Acceptance Corp., Macomb County, and State of Michigan. These parties were named as parties who may claim an interest in the property at issue. (Complt., dkt. no. 1.) Default has already been entered against Streamline Property Solutions, LLC, (dkt. no. 13), an entity owned by Defendant Damian Jackson. (Complt., dkt. no. 5.) Defendant SABO responded that it holds a mortgage interest in the property at issue. (Dkt. no. 4.)