UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                      Plaintiff(s),

v.                                              Case No. 2:19−cv−10750−NGE−KGA
                                              Hon. Nancy G. Edmunds

Damian Jackson [E−filer], et al.,

                      Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

        Motion for Partial Summary Judgment – #54

IT IS HEREBY ORDERED that All Defendants shall file a response to the above document on or before April 19, 2024. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                            s/Kimberly G. Altman
                                            Kimberly G. Altman
                                            U.S. Magistrate Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                    By: s/K Castaneda
                                          Acting in the absence of Carolyn Ciesla

Dated:  March 20, 2024